CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RJk

NOV 3 0 2010

JULIA C. DUDLEY, CLERK
BY: HMcDonaG
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY MCCLANAHAN, Plaintiff, | ) ) ) ) ) | Civil Action No. 7:10-cv-00522 |
| v. | ) ) | ORDER |
| BUCHANAN COUNTY CIRCUIT COURT, et al., Defendants. | ) ) ) | By: Hon. Jackson L. Kiser Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for leave to proceed in forma pauperis is **GRANTED**; the complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1); and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 30th day of November, 2010.

Senior United States District Judge